IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAROL RIBBING, as the personal representative of the Estate of Gregory Ribbing, deceased;<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant. | **8:18CV509**<br><br><br>**ORDER** |

This matter is before the Court on Union Pacific's motion for attorney fees, Filing No. 30. This Court issued an Order on January 3, 2020, awarding attorney fees to Union Pacific pursuant to Fed. R. Civ. P. 37(c)(2). Filing No. 28, at 6. Union Pacific requests an award in the amount of $3,967.00 in fees. Plaintiff has responded and has agreed to pay that amount. Filing No. 31. The Court grants Union Pacific's motion for attorney fees in the amount of $3,967.00.

THEREFORE, IT IS ORDERED THAT Union Pacific's motion for fees, Filing No. 30, is granted, and plaintiff shall pay the amount of $3,967.00 in attorney fees to Union Pacific within 14 days of the date of this Order.

Dated this 8th day of April, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge