IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAROL RIBBING, as the personal representative of the Estate of Gregory Ribbing, deceased;<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant. | 8:18CV509<br><br>ORDER |

This matter comes before the Court on the parties' Stipulation for Dismissal (Filing No. 53) of this case with prejudice. The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with all parties to bear their own costs.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment (Filing No. 46) and Defendant's Motions in Limine (Filing Nos. 48 and 50) be dismissed as moot.

Dated this 15th day of October, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge